PRISONER CASE #3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

KC FILED
NOV 19 2007
11-19-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** KERWIN DEUNDRA DOSS

**Defendant(s):** STATE OF ILLINOIS, et al.

**County of Residence:**

**County of Residence:**

**Plaintiff's Address:**
Kerwin Deundra Doss
#063125
Will County - WCF
95 South Chicago Street
Joliet, IL 60436

**Defendant's Attorney:**

07CV6538
JUDGE NORGLE
MAGISTRATE JUDGE BROWN

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A.E. Woodham     **Date:** 11/19/2007