October 26, 2007

To: United States District Court.

From: Kerwin D. Doss

07CV6538
JUDGE NORGLE
MAGISTRATE JUDGE BROWN

FILED
NOV 19 2007
19
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Whom this may concern,

Greetings, I'm writing to inform you, that I am currently in the custody of The Will County Adult Detention Facility. Also that I've sent and am trying to comply with your required instructions for filing a Pro Se Civil Rights Complaint.

That I now advise you that I am unable to send the required copies of my complaint for each defendant. Only because I'm being denied these copies by the staff of The Will County Adult Detention Facility. Whom is also a foresaid defendant in this complaint that I'm trying to get copies for.

Now I've addressed this issue with these defendants, advising and giving them notice, that to deny me copies of my legal Pro Se federal complaint because their defendants, so their excuse is that I'm indigent. And at this time without the full funds to pay for these copies. So for them to deny me, will be an act of violating my

1.

Illinois and U.S. Constitutional Rights. To Equal Protection, Due process and access to the Courts. That I've exhausted all my remedies at this level in regards to this issue.
Futhermore I've attched with this letter and my Civil Rights complaint documention to support my allegations of these defendants futher acts of conspiracy and unlawful misconduct against me.

That I am now requesting that this Honorable District court allow me to proceed to file my Pro se complaint with this court. Also if this court can help provide the needed copies of my complaint for the foresaid defendants in my petition. Or if you can file an order advisin The will county Adult Detention Facility to fulfill my needed order for legal copies.

That I have enclosed with this letter my original and 2 copies of my Pro se Civil Rights Complaint. Along with a petition for leave to file in forma pauperis and a financial Affidavit also Motion for Appointment of Counsel. With one of these copies to be 'Returned Stamped filed' to me. Thank You!

Respectfully Submitted,
By: Kerwin D. Doss
Kerwin D. Doss 06-3125
95. S. Chicago St.
Joliet Il 60432

2 of 2

# WILL COUNTY ADULT DETENTION FACILITY
## INMATE REQUEST FORM FOR THE CENTER FOR CORRECTIONAL CONCERNS

22a

NAME: Doss Keswin       CIMIS: 06 3125    DATE: 10-4-07    POD: C    CELL: 1
Last Name,    First Name,    Middle Initial

\*\*\*\*\*\*\*\*\*\*\*\*INSTRUCTIONS\*\*\*\*\*\*\*\*\*\*\*\*
(1) CLEARLY PRINT ALL INFORMATION, DO NOT SEND COPIES.
(2) FILL OUT ONLY ONE (1) FORM PER REQUEST.
(3) CHECK THE ( ) ITEM YOU NEED.
(4) ALLOW 48 HOURS FOR A RESPONSE BEFORE REPEATING THE SAME REQUEST.
(5) PLACE BOTH THE WHITE COPY AND YELLOW COPY IN THE BOX ON THE OFFICER'S DESK.

( ) CONTACT THE PUBLIC DEFENDER'S OFFICE      (Note: We DO NOT call paid Lawyers or State's Attorneys.)
   PUBLIC DEFENDER'S NAME (IF KNOWN):_____     PHONE #:_____
   MY CASE #:_____ NEXT COURT DATE:_____ CHARGE(S):_____
   IF REQUESTING A BOND REDUCTION, HOW MUCH CAN YOU POST?_____   1st Page  $ 1.00
   ( ) CONTACT PUBLIC DEFENDER INVESTIGATOR   NAME:_____                    2-5      2.00
( ) REQUEST TO SEE A POLICE INVESTIGATOR
   POLICE AGENCY:_____   INVESTIGATOR'S NAME:_____         25 × 1945  486.25
( ) INFORMATION / ADDRESS OF OTHER ILLINOIS COUNTIES.  COUNTY?_____
( ) REQUEST FOR LIBRARY SERVICES: (CHECK BOOK CARTS FIRST!)
   TITLE:_____                                AUTHOR:_____        $ 489.25
( ) REQUEST FOR BIBLE
( ) REQUEST FOR BIBLE STUDY COURSE
( ) REQUEST FOR ADDRESS BOOK/CALENDAR        50 pages
( ) REQUEST FOR SUBSTANCE ABUSE EDUCATION CLASS   24 copies   Cost for these copies
   ( ) TASC  ( ) A.A.  ( ) DRUG COURT  ( ) OTHER   1950 pgs
( ) REQUEST COUNSELING                                        CCC only does a few pages
   NAME_____                   TYPE:_____
( ) REQUEST CHAPLAIN    NAME:_____
( ) REQUEST EDUCATION PROGRAM
(X) SOCIAL SERVICES
   ( ) INFORMATION  ( ) COURT INFORMATION  ( ) SPECIAL NEEDS  (X) LEGAL COPIES
   ( ) TELEPHONE NUMBER    NAME:_____                   CITY:_____   STATE:_____
   ( ) EMERGENCY MESSAGE  ADDRESS:_____   TELEPHONE #_____

NOTE: These requests do not leave the building. Send any letters to Judges, Attorney's, etc through the regular mail.

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS.        KEEP ALL MESSAGES SHORT AND TO THE POINT.

Need copies of Petition A.S.A.P!

What is that??  Thanks!
We did not check
You must have the funds in your account — For full order like
\*\*\*\*\*STAFF RESPONSE\*\*\*\*\*         DO NOT WRITE BELOW THIS LINE   this — please ask
We do not do legal work                                    Housing Sgt.
        We do not do make large orders
                              sorry

( ) REVIEWED BY POD OFFICER    POD OFFICER'S SIGNATURE:_____   # 127   DATE: 10/3/07
CENTER FOR CORRECTIONAL CONCERNS STAFF SIGNATURE:_____   DATE:_____

WHITE COPY: SEND TO CLASSIFICATION    YELLOW COPY: RETURN TO INMATE    REV 5/06

# WILL COUNTY ADULT DETENTION FACILITY
## INMATE REQUEST FORM FOR THE CENTER FOR CORRECTIONAL CONCERNS

**NAME:** Doss Kerwin **CIMIS:** 06 3125 **DATE:** 10-7-07 **POD:** C **CELL:** 1
Last Name, First Name, Middle Initial

**\*\*\*\*\*\*\*\*\*\*\*INSTRUCTIONS\*\*\*\*\*\*\*\*\*\*\*\***
(1) CLEARLY PRINT ALL INFORMATION, DO NOT SEND COPIES.
(2) FILL OUT ONLY ONE (1) FORM PER REQUEST.
(3) CHECK THE ( ) ITEM YOU NEED.
(4) ALLOW 48 HOURS FOR A RESPONSE BEFORE REPEATING THE SAME REQUEST.
(5) PLACE BOTH THE WHITE COPY AND YELLOW COPY IN THE BOX ON THE OFFICER'S DESK.

( ) CONTACT THE PUBLIC DEFENDER'S OFFICE (Note: We **DO NOT** call paid Lawyers or State's Attorneys.)
   PUBLIC DEFENDER'S NAME (IF KNOWN):_____ PHONE #:_____
   MY CASE #:_____ NEXT COURT DATE:_____ CHARGE(S):_____
   IF REQUESTING A BOND REDUCTION, HOW MUCH CAN YOU POST?_____
   ( ) CONTACT PUBLIC DEFENDER INVESTIGATOR NAME:_____
( ) REQUEST TO SEE A POLICE INVESTIGATOR
   POLICE AGENCY:_____ INVESTIGATOR'S NAME:_____
( ) INFORMATION / ADDRESS OF OTHER ILLINOIS COUNTIES. COUNTY?_____
( ) REQUEST FOR LIBRARY SERVICES: (CHECK BOOK CARTS FIRST!)
   TITLE:_____ AUTHOR:_____
( ) REQUEST FOR BIBLE
( ) REQUEST FOR BIBLE STUDY COURSE
( ) REQUEST FOR ADDRESS BOOK/CALENDAR
( ) REQUEST FOR SUBSTANCE ABUSE EDUCATION CLASS
   ( ) TASC ( ) A.A. ( ) DRUG COURT ( ) OTHER_____
( ) REQUEST COUNSELING
   NAME_____ TYPE:_____
( ) REQUEST CHAPLAIN NAME:_____
( ) REQUEST EDUCATION PROGRAM
( ) SOCIAL SERVICES
   ( ) INFORMATION ( ) COURT INFORMATION ( ) SPECIAL NEEDS ( ) LEGAL COPIES
   ( ) TELEPHONE NUMBER NAME:_____ CITY:_____ STATE:_____
   ( ) EMERGENCY MESSAGE ADDRESS:_____ TELEPHONE #_____

NOTE: These requests do not leave the building. Send any letters to Judges, Attorney's, etc through the regular mail.

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. KEEP ALL MESSAGES SHORT AND TO THE POINT.

That I'm writing once again in regards to attaining legal copies of my Pro Se Federal Petition which I'm trying to file with The United States District Court. That I advise you that to deny me legal copies for whatever reason will be an act of violating my U.S Constitutional rights to equal protection and access to the courts. So please be advised and take notice. Thank U!

**\*\*\*\*\*STAFF RESPONSE\*\*\*\*\*** DO NOT WRITE BELOW THIS LINE

Please do not threaten CCC. Our services are voluntary not prescribed by law or the jail. Please be advised and take that notice.

(X) REVIEWED BY POD OFFICER POD OFFICER'S SIGNATURE: _____ # 1707 DATE: 10/8/0
CENTER FOR CORRECTIONAL CONCERNS STAFF SIGNATURE: _____ DATE:_____

SI  WHITE COPY: SEND TO CLASSIFICATION YELLOW COPY: RETURN TO INMATE REV 5/09 0|8

# WILL COUNTY ADULT DETENTION FACILITY
## INMATE REQUEST FORM 22

NAME: **Doss Kerwin** CIMIS: **06-3125** DATE: **10-11-07** POD: **C** CELL: **1**
 (Last, First, M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER — **Att. Lt. Baker**
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
(X) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

I'm writing because I was told by C.C.C. that they can't fulfill my order on the copies I need to file my Pro Se Federal Petition to the United States District Court ASAP! That I'm asking how and through whom do I get these copies?

INMATES SIGNATURE: _K. Doss_ CIMIS NUMBER: **06-3125**

***STAFF RESPONSE*** IF C.C.C. DENIES YOUR REQUEST, YOU WILL HAVE TO OBTAIN YOUR COPIES FROM A FRIEND OR FAMILY MEMBER. WE DO NOT OFFER THIS TYPE OF LEGAL SERVICE FOR PRO SE PLAINTIFFS.

_[signature]_ 1438 10/13/07

POD OFFICER/ STAFF SIGNATURE: _[signature]_ #: 1957 DATE: 10/4
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____ #: _____ DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____ #: _____ DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____ #: _____ DATE: _____

WHITE—SEND TO CLASSIFICATION YELLOW—RETURN TO INMATE PINK—INMATE RETAINS AFTER FILLING OUT REV 7/00

# WILL COUNTY ADULT DETENTION FACILITY
## INMATE REQUEST FORM FOR THE CENTER FOR CORRECTIONAL CONCERNS

22a

NAME: Doss Kerwin    CIMIS: 06 3135    DATE: 10-11-07    POD: C    CELL: 1
Last Name,    First Name,    Middle Initial

**\*\*\*\*\*\*\*\*\*\*\*INSTRUCTIONS\*\*\*\*\*\*\*\*\*\*\*\***
(1) CLEARLY PRINT ALL INFORMATION, DO NOT SEND COPIES.
(2) FILL OUT ONLY ONE (1) FORM PER REQUEST.
(3) CHECK THE ( ) ITEM YOU NEED.
(4) ALLOW 48 HOURS FOR A RESPONSE BEFORE REPEATING THE SAME REQUEST.
(5) PLACE BOTH THE WHITE COPY AND YELLOW COPY IN THE BOX ON THE OFFICER'S DESK.

( ) CONTACT THE PUBLIC DEFENDER'S OFFICE    (Note: We **DO NOT** call paid Lawyers or State's Attorneys.)
   PUBLIC DEFENDER'S NAME (IF KNOWN):_____    PHONE #:_____
   MY CASE #:_____ NEXT COURT DATE:_____ CHARGE(S):_____
   IF REQUESTING A BOND REDUCTION, HOW MUCH CAN YOU POST?_____
   ( ) CONTACT PUBLIC DEFENDER INVESTIGATOR   NAME:_____
( ) REQUEST TO SEE A POLICE INVESTIGATOR
   POLICE AGENCY:_____ INVESTIGATOR'S NAME:_____
( ) INFORMATION / ADDRESS OF OTHER ILLINOIS COUNTIES.   COUNTY?_____
( ) REQUEST FOR LIBRARY SERVICES: (CHECK BOOK CARTS FIRST!)
   TITLE:_____ AUTHOR:_____
( ) REQUEST FOR BIBLE
( ) REQUEST FOR BIBLE STUDY COURSE
( ) REQUEST FOR ADDRESS BOOK/CALENDAR
( ) REQUEST FOR SUBSTANCE ABUSE EDUCATION CLASS
   ( ) TASC   ( ) A.A.   ( ) DRUG COURT   ( ) OTHER_____
( ) REQUEST COUNSELING
   NAME:_____ TYPE:_____
( ) REQUEST CHAPLAIN   NAME:_____
( ) REQUEST EDUCATION PROGRAM
(X) SOCIAL SERVICES
   ( ) INFORMATION  ( ) COURT INFORMATION  ( ) SPECIAL NEEDS  (X) LEGAL COPIES
   ( ) TELEPHONE NUMBER   NAME:_____ CITY:_____ STATE:_____
   ( ) EMERGENCY MESSAGE   ADDRESS:_____ TELEPHONE #_____

NOTE: These requests do not leave the building. Send any letters to Judges, Attorney's, etc through the regular mail.

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS.    KEEP ALL MESSAGES SHORT AND TO THE POINT.

Requesting legal copies ASAP! I have court deadline with the United States District Court. Thanks!

**\*\*\*\*\*STAFF RESPONSE\*\*\*\*\***    DO NOT WRITE BELOW THIS LINE

Issue is being resolved by Sgt. Chester

(✓) REVIEWED BY POD OFFICER   POD OFFICER'S SIGNATURE: _____ #1853 DATE: 10-11-0
CENTER FOR CORRECTIONAL CONCERNS STAFF SIGNATURE: _____ DATE:_____

SJ   WHITE COPY: SEND TO CLASSIFICATION   YELLOW COPY: RETURN TO INMATE    REV 5/06   10/16