# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| KERWIN DEUNDRA DOSS | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6538 |
| STATE OF ILLINOIS, et al. | |

☐  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed pursuant to Title 28, U.S.C., Section 1915A(b)(1) for failure to state a claim.

Michael W. Dobbins, Clerk of Court

Date: 12/20/2007

/s/ Eric Fulbright, Deputy Clerk