

United States District Court For the Northen
District Of Illinois,
File Number: 07 C 6538

| | |
|---|---|
| Kerwin Deundra Doss        ) | **FILED** |
|    Pro.se Plaintiff,   ) | JAN 2 3 2008 |
|    VS.                 ) | |
| State Of Illinois, et al   ) | MICHAEL W. DOBBINS |
|    Defendants,         ) | CLERK, U.S. DISTRICT COURT |

### Notice Of Appeal

Notice is hereby given that I, Kerwin Deundra Doss, Pro.se Plaintiff in the above named case , hereby appeal to The United States Court Of Appeals Seventh Circuit. From an order dismissing plaintiff 's civil complaint .Pursuant to 28 U.S.C. 1915 A. ( B ) ( 1 ) , for pro.se complaint being frivolous or malicious, fails to state a claim. Entered in this action on the 20th day of December 2007.

                              Respectfully Submittted,
                    ( S ) _Kerwin Doss_
                              Pro.se Plaintiff,
                              Kerwin D. Doss
                              95 South. Chicago St.
                              Joliet , ILL 60432

**FILED**

JAN 23 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

## AFFIDAVIT

That I, Kerwin D. Doss states as follows:

1) That on November 19th, 2007, I, Plaintiff filed my Pro-Se 1983 Civil Complaint with the U.S. District Court, Northern District of Illinois.

2) That Plaintif's Pro-Se complaint was filed under 07-C-6538, which was assigned to Judge Norgle. And Magistrate Judge Geraldine Soat Brown.

3) That on January 9th, 2008, Pro-Se Plaintiff received correspondence through the U.S. Postal mail service from the Clerk of the U.S. Northern District Court, which was post marked on December 26th, 2007.

4) The Plaintiff was informed through this correspondence that his Pro-Se Federal Civil Complaint was denied on December 20th, 2007 as being frivolous, or malicious, or fails to state a claim.

5) That within this correspondence Pro-Se Plaintiff was not made aware nor given notice of his right to appeal this order of dismissal of his Civil Complaint.

6) That Pro-Se Plaintiff now advises this Honorable Appellate Court that his complaint was denied with prejudice due to the substance of all the unlawful and wrongful misconduct that was had against Pro-Se Plaintiff throughout his criminal proceedings. But most of all his complaint is being denied due to the Defendants that conspired to violate and deprive Plaintiff of his United States and Illinois Constitutional Rights.

7) That with the court denying Plaintiff's Pro-Se Complaint it conveniently chose not to acknowledge or speak on the gist and main facts of these Defendants unlawful and wrongful misconduct. As well as the tactics they used to violate Pro-Se Plaintiff's United States and Illinois Constitutional Rights. When it gave its summary of the Statement of Facts.

8) Furthermore, Pro-Se Plaintiff advises this Honorable Appellate Court that by him being illiterate and ignorant to the law and its procedures, Pro-Se Plaintiff does not know now to properly draft or stae claims. He only knows how to state the facts of all the unlawful and wrongful misconduct had against him by these foresaid Defendants.

9) Pro-Se Plaintiff maintains that his complaint is not frivolous or malicious, nor does it fail to state a claim. And the only thing his complaint fails is the standard of being professionally and properly drafted argued.

10) That Pro-Se Plaintiff advises this Honorable Appellate Court that he prepared his complaint to the best of his capability, knowledge and understanding of the law and what was asked and required of him to do in the instructions that was given within his complaint packet. Which is to **state the facts!**

11) That Pro-Se Plaintiff now informs and guarantees this Honorable Appellate Court that with the assistance of an appointed certified lawyer his Pro-Se complaint can and will be filed in the proper manner and form to satisfy the courts standards and requirements.

Wherefore, I, Pro-Se Plaintiff Kerwin D. Doss, now request that this Honorable Appellate Court grant his appeal and allow him to proceed with his Civil Complaint and appoint him with the assisatnce of counsel. So that his claims can be properly prepared and argued. Also that he be given the opportunity to offer proof and present compelling evidence which supports of all his facts and claims of these Defendants improper, unlawful, and wrongful misconduct done against him. For which he has already addressed in his Pro-SE Civil Complaint.

        Respectfully Submitted,

      By: _/s/ Kerwin D. Doss_
        **Kerwin D. Doss**
        **Pro-SE Plaintiff**

## Affidavit

That I, Kerwin D. Doss, pro.se plaintiff states as follows that he read the foregoing and knows the contents thereof and that the same is true to the best of his knowledge.

Under the penalties as provided by the law pursuant to section 1-109 of the civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

Respectfully Submitted,

By: *(signature)*
Kerwin D. Doss
Pro.se Plaintiff

Subscribed and sworn to before me this 17th day of January 2008.

*(signature)*
Notary Public

OFFICIAL SEAL
KATHLEEN G DENT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/15/08