

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

February 14, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Kerwin Deundra Doss vs. State of Illinois...

U.S.D.C. DOCKET NO. : 07cv6538

U.S.C.A. DOCKET NO. : 08-1203

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| VOLUME(S) OF PLEADING(S) | **One Vol. Of Pleadings** |
| VOLUME(S) OF TRANSCRIPT(S) | |
| VOLUME(S) OF DEPOSITION(S) | |

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                            Very truly yours,

                                            Michael W. Dobbins, Clerk

                                            By:_____
                                                A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: Kerwin Deundra Doss vs. State of Illinois.

USDC NO.    : 07cv6538

USCA NO.    : 08-1203

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 14th day of February, 2008.

        MICHAEL W. DOBBINS, CLERK

    By: _____
        A. Rone, Deputy Clerk

APPEAL, BROWN, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06538
### Internal Use Only

Doss v. State of Illinois et al
Assigned to: Honorable Charles R. Norgle, Sr
Case in other court:  08-01203

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/20/2007
Date Terminated: 12/20/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Kerwin Deundra Doss**  represented by **Kerwin Deundra Doss**
#063125
Will County - WCF
95 South Chicago Street
Joliet, IL 60436
PRO SE

V.

**Defendant**
**State of Illinois**

**Defendant**
**County of Will**

**Defendant**
**Joliet Township**

**Defendant**
**Joliet Police Department**

Page 1 of 3

**Defendant**

**Will County Sheriff Department**

**Defendant**

**Melani Vetter**

Service List　　　　　　　　　　　　　represented by **Prisoner Correspondence - Internal Use Only**
Email:
Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2007 | 1 | RECEIVED Complaint and 1 copies by Kerwin Deundra Doss. (gej, ) (Poor Quality Original - Paper Document on File). Modified on 11/20/2007 (rbf, ). (Entered: 11/20/2007) |
| 11/19/2007 | 2 | CIVIL Cover Sheet (gej, ) (Entered: 11/20/2007) |
| 11/19/2007 | 3 | APPLICATION by Plaintiff Kerwin Deundra Doss for leave to proceed in forma pauperis. (gej, ) (Poor Quality Original - Paper Document on File). Modified on 11/20/2007 (rbf, ). (Entered: 11/20/2007) |
| 11/19/2007 | 4 | MOTION by Plaintiff Kerwin Deundra Doss for appointment of counsel. (gej, ) Modified on 12/14/2007 (ea, ). (Entered: 11/20/2007) |
| 11/19/2007 | 5 | LETTER from Kerwin D. Doss dated 10/26/2007(Exhibits). (gej, ) (Poor Quality Original - Paper Document on File) Modified on 11/20/2007 (rbf, ). (Entered: 11/20/2007) |
| ~~11/19/2007~~ | 6 | ~~POST MARKED envelope for initiating document by Kerwin Deundra Doss (Document not scanned) (acw, ) (Entered: 11/21/2007)~~ |
| 12/20/2007 | | (Court only) ***Miscellaneous Case Terminated. (hp, ) (Entered: 12/26/2007) |
| 12/20/2007 | 7 | MINUTE entry before Judge Charles R. Norgle Sr.: Plaintiff's motion for leave to file in forma pauperis 3 is granted. The court orders the trust fund officer at plaintiff's current place of incarceration to deduct $4.57 from plaintiff's account for payment to the clerk of court as aninitial partial filing fee. The clerk shall send a copy of this order to the trust fund officer at Will County Adult Detention Facility. This action is |

| | | dismissed pursuant to 28 U.S.C. Section 1915A (b)(1) for failure to state a claim. Any other pending motions are denied as moot. 4 This dismissal counts as one of plaintiff's three allotted dismissals under 28 U.S.C. Section 1915(g). (For further details see text below.) Civil case terminated. Mailed notice (hp, ) (Entered: 12/26/2007) |
|---|---|---|
| 12/20/2007 | 8 | ENTERED JUDGMENT on 12/20/2007:Mailed notice(hp, ) (Entered: 12/26/2007) |
| 12/26/2007 | | MAILED to the trust fund officer at Will County Adult Detention Facility copy of minute order dated 12/20/2007.(hp, ) (Entered: 12/26/2007) |
| ~~01/14/2008~~ | ~~14~~ | ~~(Court only) INMATE Installment Payment in the amount of $ 4.57 paid on 1/14/08, receipt number 1116386. (rp, ) (Entered: 02/04/2008)~~ |
| 01/23/2008 | 9 | NOTICE of appeal by Kerwin Deundra Doss regarding orders 7, 8; Affidavit, ifp granted. (air, ) (Entered: 01/25/2008) |
| ~~01/23/2008~~ | ~~15~~ | ~~POST MARKED envelope for notice of appeal by Kerwin Deundra Doss (Document not scanned) (aew, ) (Entered: 02/06/2008)~~ |
| ~~01/25/2008~~ | ~~10~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal9. Notified counsel (air, ) (Entered: 01/25/2008)~~ |
| ~~01/25/2008~~ | ~~11~~ | ~~NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 01/25/2008)~~ |
| ~~01/28/2008~~ | ~~12~~ | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal9 ; USCA Case No. 08-1203. (gmr, ) (Entered: 01/29/2008)~~ |
| ~~01/28/2008~~ | ~~13~~ | ~~CIRCUIT Rule 3(b) Notice; It Is Ordered that all other proceedings in this appeal are Suspended pending the assessment and payment of any necessary fees. (gmr, ) (Entered: 01/29/2008)~~ |

```
KEY

All cross out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```