FILED

FEB 1 2 2008 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 1 2 2008
February 1, 2008

To: Clerk for the U. S. District Court

In Re: Doss, Kerwin D. -v- State of Illinois, et al.
No. 07C 6538 ) Appeal no. 08-1203

Greetings,

My name is Kerwin D. Doss and I am the pro-se plaintiff in the above cases.

That I am now writing to inform you that I will no longer be receiving mail at the W.C.A.D.F, my current mailing address. Because I've been sentenced to the Illinois Department of Corrections. So I'm requesting that you please hold any correspondence that you may have for me. Until I'm placed in another institution where I'll be incarcerated at.

To at which time I will give you immediate notification of my new mailing address. Also I have enclosed with this letter my pro-se Motion to proceed on appeal in Forma Pauperis. Along with my institutional I.D. number 'K-57265'.

I Thank you for your time.

Sincerely,
Kerwin D. Doss
Pro-se Plaintiff