United States District Court for the Northern District of Illinois

File number: 07C6538

Kerwin D. Doss
Pro.se Plaintiff,
-vs-
State of Illinois, et.al
    Defendants

FILED
FEB 12 2008
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeal No. 08-1203

## Motion to proceed on appeal in forma pauperis

1. That I, Kerwin D. Doss, am the pro.se plaintiff in the above case.

2. That I, received correspondence from the Clerk of the Seventh Circuit Court of Appeals on January 30, 2008. Informing me that I have to file a Motion to proceed on appeal in forma pauperis.

3. That the Appellate Clerk notice is dated January 25, 2008 and post stamped on January 28, 2008 as being mailed out.

4. That I now request that this Honorable District Court grant me leave to file my appeal in forma pauperis.

5. Due to pro.se plaintiff being indigent and without the funds to pay the filing fee.

1.

6. Also I'm requesting that this Honorable District Court provide me with the assisatnce of appointment of counsel to represent me through this appellate process. Due to me being illiterate to the law and it's procedures.

7. That I now advise this Honorable District Court that I have been sentenced in other criminal matters and will be sent to The Illinois Department of Corrections within the next following week of the filing of this motion.

8. That I am requesting that this Honorable District Court stay-hold any futher proceedings in this case, due to pro.se plaintiff will be without the means to litigate his case nor correspond with the Court. For the period of nolonger then a month after this Honorable District court receving this pro.se motion to proceed in forma pauperis.

9. That this request for a temporary stay is being made because the receving process in the Illinois Department of corrections does not have nor allow incoming nor outgoing mail service.

2.

10. That pro.se plaintiff informs this Honorable District Court, that upon him being placed in an institution where he'll be incarcerated. He will give this District's Clerk immediate notification of his new mailing address.

Wherefore I, Kerwin D. Doss pro.se plaintiff. Now prays that this Honorable District Court grant his motion to proceed on appeal in forma pauperis. And grant pro.se plaintiff with the assisatnce of appointed counsel. But most of all that this Honorable District Court will stay any further proceedings in this cause until pro.se plaintiff is replaced in an institution where he can try to properly litigate his case and correspond with this Court.

Respectfully Submitted,
By: Kerwin D. Doss
Kerwin D. Doss
Pro.se Plaintiff

February 1, 2008

3.

# Affidavit

That I, Keswin D. Doss, Pro.Se Plaintiff states as follows:

That I have prepared and read the foregoing and knows the contents thereof and that the same is true to the best of my knowledge.

Under the penalties as provided by law pursuant to section 1-109 of the civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

Respectfully submitted,
By: /s/ Keswin D. Doss
Keswin D. Doss
Pro.Se Plaintiff

February 1, 2008

4.