**AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS**
United States Court of Appeals
for the Seventh Circuit

FILED
FEB 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 13 2008

Kerwin Deundra Doss

v.   Case No. 08-1205

State of Illinois, ex. al

) Appeal from the United States District Court for the
) Northern District of Illinois
)
) District Court No. 07C 6538
)
) District Court Judge Charles R. Norgle
)

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: Kerwin D. Doss

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 2-1-08

My issues on appeal are: That my pro-se civil complaint does not fail to state a claim and that with this Honorable District court granting me the appointment of assistance of counsel, my claims can be vigorously prepared, stated, and argued. But not only that, but be given the opportunity through an evidentiary hearing to bring forth evidence that supports my claims.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $0 | $0 | $0 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $0 | $0 | $0 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 | $0 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 |
| Other (specify): N/A | $0 | $0 | $0 | $0 |
| Total monthly income: | $0 | $0 | $0 | $0 |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| 1st. Staff Temp. Service | [illegible] | 1/06 to 2/06 | $2500.00 |
|  |  |  |  |
|  |  |  |  |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
|  |  |  |  |
|  |  |  |  |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | N/A | 0 | N/A |
| None | N/A | 0 | N/A |
| None | N/A | 0 | N/A |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| None | None | Make & year: None |
| None | None | Model: None |
| None | None | Registration # N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: None | None | None |
| Model: None | None | None |
| Registration # N/A | None | None |

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | 0 | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 0 | $ N/A |
| Are real estate taxes included? [ ] Yes [X] No |  |  |
| Is property insurance included? [ ] Yes [X] No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 0 | $ N/A |
| Clothing | $ | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle expenses | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ N/A |

3

| | | |
|---|---|---|
| Life | $ 0 | $ N/A |
| Health | $ 0 | $ N/A |
| Motor vehicle | $ 0 | $ N/A |
| Other: None | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ N/A |
| Installment payments | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Credit card (name): None | $ 0 | $ N/A |
| Department store (name): None | $ 0 | $ N/A |
| Other: None | $ 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0 | $ N/A |
| Other (specify): None | $ 0 | $ N/A |
| Total monthly expenses: | $ 0 | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [X] No   If yes, describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No   If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Because I am currently incarcerated and without the means to support myself.

13. State the address of your legal residence.

1413 Cecelia Ave.
Joliet, IL 60432

Your daytime phone number: (815) 706-7804

Your age: 29   Your years of schooling: 10

Your social-security number: 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



WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: _____ CIMIS: _____ DATE: _____ POD: _____ CELL: _____
    (Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
(✓) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE    ( ) WRITS    ( ) HOLDS    ( ) MAIL    (X) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE    ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

_____
_____
_____
_____
_____
_____
_____
_____

INMATES SIGNATURE: _____ CIMIS NUMBER: _____

***STAFF RESPONSE*** _____
_____
_____
_____
_____
_____

POD OFFICER/ STAFF SIGNATURE: _____    #: 1750   DATE: 1-30-08
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____    #: _____   DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____    #: _____   DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____    #: _____   DATE: _____
WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT    REV 7/00