April 2, 2008

To: Clerk, of U.S.D.C

Re: Kerwin D. Doss v. State of Illinois, ex. al
No. 07C6538, Charles R. Norgle, Judge
Appeal No: 08-1203

Inre: Change of address

**FILED**
APR - 7 2008
Apr 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Greetings,

Clerk, my name is Kerwin D. Doss, and I'm the pro. se plaintiff in the above cases.

That I am writing to inform you that my mailing address has change.

Also that on February 9, 2008 I forwarded my pro. se motion to proceed on appeal in forma Pauperis along with a letter advising you that I've been sentenced in other criminal matters and would be sent to The Illinois Department of corrections. Also that I will no longer be receiving mail at my current mailing address. And upon me being placed in another institution I will give you immediate notification of my new mailing address.

That on February 15, 2008 I was sent to I.D.O.C., Northern Receiving Center. That I was transferred from the N.R.C. and shipped to Menard C.C. on March 12, 2008.

1.

That throughout this time frame I've been without the means to correspond with this court. I also advise you that Menard C.C. went on lockdown on March 16, 2008. And that upon this writing we are still on lockdown. Then on March 28, 2008, I received correspondence from the U.S.D.C., to which was the stamp filing of my pro-se motion to proceed on appeal informa Pauperis. Also a letter sent from this court to the clerk of the court of appeals sent to him on February 14, 2008.

That both these correspondences were being sent to my last known mailing address.

That I am now writing to advise you of my new mailing address forewhich any futher correspondences in cases No. 07CC6538 and appeal No. 08-1203 are to be sent.

Kerwin D. Doss K57965
P.O. Box 711
Menard, Ill 62259

Respectfully submitted,
By: Kerwin D. Doss
Kerwin D. Doss

April 2, 2008

2.