

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6538 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Doss vs. State of Illinois, et. al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed on appeal in forma pauperis [18] is granted.

*Charles Norgle* (signature)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | EF |
|---|---|---|