## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6538 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Doss vs. State of Illinois, et. al. | | |

**DOCKET ENTRY TEXT**

The Court's order of April 17, 2008 granting Plaintiff's application to proceed on appeal in forma pauperis was improvidently entered. The order is vacated. See Minute Order of April 18, 2008.

s/ Charles R. Norgle

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | EF |
|---|---|---|