MHW

CERTIFIED COPY

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**PLRA C.R. 3(b) FINAL ORDER**

May 27, 2008

FILED
5-29-2008
MAY 29 2008   PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1203 | KERWIN D. DOSS,<br>Plaintiff - Appellant<br><br>v.<br><br>STATE OF ILLINOIS, et al.,<br>Defendants - Appellees |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:07-cv-06538<br>Northern District of Illinois, Eastern Division<br>Court Reporter M. Pittman<br>Clerk/Agency Rep Michael Dobbins<br>District Judge Charles Norgle |

The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the district court on April 18, 2008. The pro se appellant has neither paid the $455.00 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the Appellate Court, as prescribed in *Fed. R. App. P. 24(a)*. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $455.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). *Newlin v. Helman*, 123 F.3d 429, 433 (7th Cir. 1977).