# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

June 10, 2008

To:   Michael Dobbins
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago 60604-0000

**FILED**
JUN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No. 08-1203 | KERWIN D. DOSS, Plaintiff - Appellant  v.  STATE OF ILLINOIS, et al., Defendants - Appellees |
|---|---|

**Originating Case Information**

District Court No: 1:07-cv-06538
Northern District of Illinois, Eastern Division
Court Reporter M. Pittman
Clerk/Agency Rep Michael Dobbins
District Judge Charles Norgle

The mandate or agency closing letter in this cause issued on May 27, 2008.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:         Entire record returned consisting



of

Pleadings:          1 *at*

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                    **Received by:**

_____         _____

form name: **c7_Record_Return_toDC** (form ID: 205)